**EXHIBIT A**
(Somerset Shoppes FLA LLC)

| Debtor Transferor | Transferee | Account Information | Payment Method | Date | Clear Date | Amount |
|---|---|---|---|---|---|---|
| JC USA, Inc. | Somerset Shoppes FLA LLC | JPMorgan Chase Acct. ending 3091 | Electronic Payment | 02/08/23 | 02/08/23 | $26,831.67 |
| JC USA, Inc. | Somerset Shoppes FLA LLC | JPMorgan Chase Acct. ending 3091 | Electronic Payment | 03/20/23 | 03/20/23 | $8,943.89 |
| | | | | | Total | $37,775.65 |

{02115828;v1 }